IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00558-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SARAH LINDHOLM,

      Defendant.

---

**ORDER EXONERATING BOND**

---

      This court has granted the government's motion to voluntarily dismiss the charges against the defendant. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

      ORDERED that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

      ORDERED that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

      DATED March 10, 2011.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge